## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD SOUTHERTON,

    Plaintiff,

        v.

BOROUGH OF HONESDALE, *et al*.,

    Defendants.

NO. 3:17-CV-0165

(JUDGE CAPUTO)

## ORDER

**NOW**, this 23rd day of February, 2018, **IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss (Doc. 39) is **GRANTED in part and DENIED in part** as follows:

(1)    The Wage Payment and Collection Law claim in Count III of the Second Amended Complaint is **DISMISSED with prejudice**.

(2)    The First Amendment Petition Clause retaliation claim in Count V of the Second Amended Complaint is **DISMISSED without prejudice**.

(3)    Plaintiff has **twenty-one (21) days** from the date of entry of this Order to file a further amended complaint to properly plead his First Amendment Petition Clause retaliation claim (Count V); otherwise, that claim will be **dismissed with prejudice**.

                    /s/ A. Richard Caputo
                    A. Richard Caputo
                    United States District Judge