# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD SOUTHERTON,<br><br>　　Plaintiff,<br><br>　　　v.<br><br>BOROUGH OF HONESDALE, *et al.*,<br><br>　　Defendants. | NO. 3:17-CV-0165<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 18th day of May, 2018, **IT IS HEREBY ORDERED** that:

(1) Plaintiff's Motion for Leave to File a Third Amended Complaint (Doc. 55) to allow him to proceed with a breach of contract claim is **DENIED**.

(2) Defendants' Motion to Strike the Breach of Contract Claim in Plaintiff's Third Amended Complaint (Doc. 53) is **GRANTED**. Count V is **STRICKEN** from Plaintiff's Third Amended Complaint.

(3) Defendants shall answer or otherwise respond to Plaintiff's Third Amended Complaint (Doc. 52) within **twenty-one (21) days** from the date of entry of this Order.

　　　　　　　　　　　　　　　　　　/s/ A. Richard Caputo
　　　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　　　United States District Judge